SECOND DEPARTMENT, JANUARY, 2003

(January 10, 2003)

■ In the Matter of WEST BRANCH CONSERVATION ASSOCIATION, et al., Respondents, v TOWN OF RAMAPO et al., Appellants, et al., Respondent. [756 NYS2d 739] —On the court's own motion, it is ordered that its decision and order dated June 11, 2001 (284 AD2d 401), in the above-entitled matter is amended by deleting from the first paragraph following the decretal paragraphs the words "80 acres of property," and substituting therefor the words "80,000 square feet." Ritter, J.P., Feuerstein, S. Miller and Schmidt, JJ., concur.